**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David G. Hamilton<br>&<br>Alexandra L. Hamilton<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 16-18326 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC and index same on the master mailing list.

     Respectfully submitted,

     **/s/ Matteo S. Weiner, Esquire**
     Matteo S. Weiner, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322 FAX (215) 627-7734