**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13

**Hamilton, David G.
Hamilton, Alexandra L.
        Debtors**

                                               :          16-18326 SR

**CERTIFICATE OF SERVICE OF
<u>DEBTOR'S AMENDED CHAPTER 13 PLAN</u>**

    I certify that on  <u>June 5, 2017</u> ,  the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served  a copy of the Debtors'  Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>June 5, 2017</u>

                                _"/s/"Mitchell J. Prince
                                John L. McClain, Esquire
                                Mitchell J. Prince, Esquire
                                Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072