**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
      Hamilton, David G.
      Hamilton, Alexandra L.
          Debtors                              : 16-18326 SR

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Cotiviti USA, LLC
50 Danbury Road
Wilton, CT 06897**

Re:   **Hamilton, David G.**
SSN:  xxx-xx-2312

    The future earnings of the above named debtor Hamilton, David G., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$247 monthly for 7 months (Started on 1/3/17), then as of August 3, 2017, the payment shall increase to $570 monthly for a period of 53 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$247 monthly for 7 months (Started on 1/3/17), then as of August 3, 2017, the payment shall increase to $570 monthly for a period of 53 months to:**

    Frederick Reigle, Trustee,  P.O. Box 680, Memphis, TN 38101-0680

    BY THE COURT

*Stephen Raslavich* (signature)

_____
JUDGE **STEPHEN RASLAVICH**

Cotiviti USA, LLC                              **Dated: June 8, 2017**
50 Danbury Road

Wilton, CT 06897

Hamilton, David G. and Hamilton, Alexandra L.
125 Charles Ave
Brookhaven, PA 19015

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123