United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David G. Hamilton  
Alexandra L. Hamilton  
     Debtors

Case No. 16-18326-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 08, 2017  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.  
db/jdb       +David G. Hamilton,   Alexandra L. Hamilton,   125 Charles Avenue,   Brookhaven, PA 19015-2704  
            +Cotiviti USA, LLC,   50 Danbury Road,   Wilton, CT 06897-4448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:  
        DENISE ELIZABETH CARLON    on behalf of Creditor    Bayview Loan Servicing, LLC  
         bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        JOHN L. MCCLAIN    on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com,  
         edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Debtor David G. Hamilton aaamcclain@aol.com,   edpabankcourt@aol.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                     TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Hamilton, David G.
    Hamilton, Alexandra L.
        Debtors : 16-18326 SR

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
Cotiviti USA, LLC
50 Danbury Road
Wilton, CT 06897

Re: **Hamilton, David G.**
SSN: xxx-xx-2312

The future earnings of the above named debtor Hamilton, David G., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$247 monthly for 7 months (Started on 1/3/17), then as of August 3, 2017, the payment shall increase to $570 monthly for a period of 53 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$247 monthly for 7 months (Started on 1/3/17), then as of August 3, 2017, the payment shall increase to $570 monthly for a period of 53 months to:**

    Frederick Reigle, Trustee,  P.O. Box 680, Memphis, TN 38101-0680

    BY THE COURT

_____
JUDGE **STEPHEN RASLAVICH**

Cotiviti USA, LLC            **Dated: June 8, 2017**
50 Danbury Road

Wilton, CT 06897

Hamilton, David G. and Hamilton, Alexandra L.
125 Charles Ave
Brookhaven, PA 19015

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123