## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David G. Hamilton<br>        Alexandra L. Hamilton<br>                    Debtors<br><br>BAYVIEW LOAN SERVICING, LLC<br>                    Movant<br>            vs.<br><br>David G. Hamilton<br>Alexandra L. Hamilton<br>                    Respondents | CHAPTER 13<br><br><br>NO. 16-18326 SR |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of BAYVIEW LOAN SERVICING, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about February 28, 2017 (Document No. 14).

                                  Respectfully submitted,

                                  **/s/ Matteo S. Weiner, Esquire**
                                  Matteo S. Weiner, Esquire
                                  Denise Carlon. Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322
                                  Attorneys for Movant

September 26, 2017