**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| David G. Hamilton and Alexandra L. Hamilton<br><br>Debtors<br><br>Bayview Loan Servicing, LLC, or its Successor or Assignee<br>        Movant<br>    vs.<br><br>FREDERICK L. REIGLE, Trustee<br>David G. Hamilton and Alexandra L. Hamilton<br>        Respondents | Chapter 13<br>Bankruptcy No. 16-18326-JKF |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Ann E. Swartz, attorney for Bayview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 9, 2018

| | | |
|---|---|---|
| David G. Hamilton<br>125 Charles Avenue<br>Brookhaven, PA 19015<br><br>Alexandra L. Hamilton<br>125 Charles Avenue<br>Brookhaven, PA 19015 | John L. McClain<br>John L. McClain and Associates<br>P.O. Box 123<br>Narberth, PA 19072-0123<br><br>United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19109 | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>P.O. Box 4010<br>Reading, PA 19606 |

/s/ Ann E. Swartz, Esquire
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Bayview Loan Servicing, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com