United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David G. Hamilton  
Alexandra L. Hamilton  
     Debtors

Case No. 16-18326-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 06, 2018  
                  Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.  
13872010       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:

        ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        DENISE ELIZABETH CARLON    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency jgreenhowe@phfa.org  
        JOHN L. MCCLAIN    on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Debtor David G. Hamilton aaamcclain@aol.com, edpabankcourt@aol.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                       TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18326-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

David G. Hamilton
125 Charles Avenue
Brookhaven PA 19015

Alexandra L. Hamilton
125 Charles Avenue
Brookhaven PA 19015

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/06/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840

Name and Address of Transferee:

Bayview loan Servicing LLC
4425 Ponce de Leon Blvd, 5th Floor
Attn: Cashiering Department
Coral Gables, Florida 33146

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/08/18

Tim McGrath
**CLERK OF THE COURT**