United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David G. Hamilton
Alexandra L. Hamilton
    Debtors

Case No. 16-18326-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 08, 2019
                   Form ID: 155        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db/jdb      +David G. Hamilton,   Alexandra L. Hamilton,   125 Charles Avenue,   Brookhaven, PA 19015-2704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:
         ALEXANDRA T. GARCIA    on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
          ecfmail@ecf.courtdrive.com
         ANN E. SWARTZ     on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
          ecfmail@ecf.courtdrive.com
         DENISE ELIZABETH CARLON    on behalf of Creditor   Bayview Loan Servicing, LLC
          bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         JADA S. GREENHOWE    on behalf of Defendant   Pennsylvania Housing Finance Agency
          jgreenhowe@phfa.org
         JOHN L. MCCLAIN     on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com,
          edpabankcourt@aol.com
         JOHN L. MCCLAIN     on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com,
          edpabankcourt@aol.com
         JOHN L. MCCLAIN     on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com,
          edpabankcourt@aol.com
         JOHN L. MCCLAIN     on behalf of Debtor David G. Hamilton aaamcclain@aol.com,   edpabankcourt@aol.com
         MATTEO SAMUEL WEINER     on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
         POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         SCOTT   WATERMAN     ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                     TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David G. Hamilton and Alexandra L. Hamilton

    Debtor(s)

Chapter: 13

Bankruptcy No: 16−18326−jkf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 6th day of March, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Jean K. FitzSimon
Judge ,
United States Bankruptcy Court

72 − 18
Form 155