United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 16-18326-jkf
David G. Hamilton                                             Chapter 13
Alexandra L. Hamilton
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Antoinett        Page 1 of 1             Date Rcvd: Apr 08, 2019
                            Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db/jdb        +David G. Hamilton,   Alexandra L. Hamilton,   125 Charles Avenue,   Brookhaven, PA 19015-2704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
        ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    Bayview Loan Servicing, LLC
         bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency
         jgreenhowe@phfa.org
        JOHN L. MCCLAIN    on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com,
         edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com,
         edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com,
         edpabankcourt@aol.com
        JOHN L. MCCLAIN    on behalf of Debtor David G. Hamilton aaamcclain@aol.com,   edpabankcourt@aol.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 13
  Hamilton, David G.
  Hamilton, Alexandra L.
      Debtors                        :  16-18326 SR


## ORDER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES


AND NOW, this __8th__ day of __April__, 2019, upon consideration of the
Application for allowance of Compensation and Reimbursement of Expenses
filed by Debtor's counsel, IT IS HEREBY

  **ORDERED** that the Application is granted and compensation of $7,000.00
and $96.90 in expenses are **ALLOWED,** and  the unpaid balance of $7,000.00
and $96.90 may be paid through debtors' Chapter 13 Plan through the office of
the Chapter 13 trustee as an administrative priority expense, to the extent
provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge
Jean K. FitzSimom

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Scott Waterman Trustee
P.O. Box 680
Reading, PA 19606


Hamilton, David G. Hamilton, Alexandra L.
125 Charles Ave
Brookhaven, PA 19015