**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   David G. Hamilton and Alexandra L. Hamilton<br>　　　　　　Debtors<br><br>Bayview Loan Servicing, LLC, or its Successor or Assignee<br>　　　　　　Movant<br>　　　vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>David G. Hamilton and Alexandra L. Hamilton<br>　　　　　　Respondents | Chapter 13<br>Bankruptcy No. 16-18326-JKF |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Ann E. Swartz, attorney for Bayview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following: May 26, 2020

Date Served:

| | | |
|---|---|---|
| David G. Hamilton<br>125 Charles Avenue<br>Brookhaven, PA 19015<br><br>Alexandra L. Hamilton<br>125 Charles Avenue<br>Brookhaven, PA 19015 | John L. McClain, Esquire<br>John L. McClain and Associates<br>P.O. Box 123<br>Narberth, PA 19072 | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br><br>United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 |

　　　　　　　　　　/s/ Ann E. Swartz, Esquire
　　　　　　　　　　MARGARET GAIRO, ESQUIRE ID # 34419
　　　　　　　　　　ANN E. SWARTZ, ESQUIRE ID # 201926
　　　　　　　　　　LAUREN M. MOYER, ESQUIRE ID # 320589
　　　　　　　　　　JOHN M. KOLESNIK, ESQUIRE ID # 308877
　　　　　　　　　　Attorney for Bayview Loan Servicing, LLC
　　　　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　Telephone: (215) 790-1010
　　　　　　　　　　Facsimile: (215) 790-1274
　　　　　　　　　　Email: ecfmail@mwc-law.com