## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Alexandra L. Hamilton and David G. Hamilton<br><br>Debtor(s)<br><br>Bayview Loan Servicing, LLC, or its Successor or Assignee<br>              Movant<br>     vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Alexandra L. Hamilton and David G. Hamilton<br>              Respondent(s) | Chapter 13<br>Bankruptcy No. 16-18326-AMC |

### ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Bayview Loan Servicing, LLC for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

**Date: July 30, 2020**

Ashely M. Chan Bankruptcy Judge