United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18326-amc
David G. Hamilton                                                     Chapter 13
Alexandra L. Hamilton
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: TashaD              Page 1 of 1              Date Rcvd: Jul 30, 2020
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.
db/jdb         +David G. Hamilton,   Alexandra L. Hamilton,   125 Charles Avenue,   Brookhaven, PA 19015-2704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Bayview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency
           jgreenhowe@phfa.org
          JOHN L. MCCLAIN    on behalf of Debtor David G. Hamilton aaamcclain@aol.com,   edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com,
           edpabankcourt@aol.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Alexandra L. Hamilton and David G. Hamilton<br><br>Debtor(s)<br><br>Bayview Loan Servicing, LLC, or its Successor or Assignee<br>                    Movant<br>        vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Alexandra L. Hamilton and David G. Hamilton<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 16-18326-AMC |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Bayview Loan Servicing, LLC for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

**Date: July 30, 2020**                    _____
                                                                Ashely M. Chan Bankruptcy Judge