| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-18326-AMC

DAVID G. HAMILTON
ALEXANDRA L. HAMILTON
125 CHARLES AVENUE
BROOKHAVEN  PA    19015

Petition Filed Date: 12/03/2016
341 Hearing Date: 02/17/2017
Confirmation Date: 03/06/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $570.00 | 1038632 | 02/20/2019 | $570.00 | 1114268 | 03/20/2019 | $570.00 | COTIVITI 9173 |
| 04/30/2019 | $570.00 | 1313837 | 05/29/2019 | $570.00 | 1405560 | 06/26/2019 | $570.00 | 1472648 |
| 07/23/2019 | $570.00 | 1556284 | 08/20/2019 | $570.00 | 1640804 | 10/01/2019 | $570.00 | 1749673 |
| 10/30/2019 | $570.00 | 1828573 | 11/26/2019 | $570.00 | 1915959 | 12/26/2019 | $570.00 | 1987331 |
| 08/05/2020 | $570.00 | | | | | | | |

**Total Receipts for the Period: $7,410.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,822.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $11.50 | $0.00 | $11.50 |
| 5 | ASHLEY FUNDING SVCS LLC »» 005 | Unsecured Creditors | $65.17 | $0.00 | $65.17 |
| 2 | BAYVIEW LOAN SERVICING »» 002 | Mortgage Arrears | $21,578.12 | $10,501.44 | $11,076.68 |
| 7 | BECKET & LEE, LLP »» 007 | Unsecured Creditors | $1,052.12 | $0.00 | $1,052.12 |
| 3 | QUANTUM3 GROUP LLC as agent for »» 003 | Unsecured Creditors | $161.08 | $0.00 | $161.08 |
| 1 | HYUNDAI MOTOR FINANCE COMPANY »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PHFA-HEMAP »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | JOHN L MC CLAIN ESQ »» 008 | Attorney Fees | $7,096.90 | $7,096.90 | $0.00 |

Chapter 13 Case No. 16-18326-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,822.50 | Current Monthly Payment: | $570.00 |
| Paid to Claims: | $17,598.34 | Arrearages: | $2,996.50 |
| Paid to Trustee: | $1,711.16 | Total Plan Base: | $31,939.00 |
| Funds on Hand: | $513.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.