## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Alexandra L. Hamilton and David G. Hamilton | Chapter 13 |
| | Bankruptcy No. 16-18326-AMC |
| Debtor(s) | |
| Bayview Loan Servicing, LLC, or its Successor or Assignee | |
| Movant | |
| vs. | |
| WILLIAM C. MILLER, Esq., Trustee  Alexandra L. Hamilton and David G. Hamilton | |
| Respondent(s) | |

### ORDER GRANTING AMENDED SETTLEMENT STIPULATION

It is hereby ORDERED that the Amended Stipulation to Settle Motion of Bayview Loan Servicing, LLC for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

**Date: September 2, 2020**

Ashely M. Chan Bankruptcy Judge