United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18326-amc
David G. Hamilton                                                       Chapter 13
Alexandra L. Hamilton
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett        Page 1 of 1              Date Rcvd: Sep 02, 2020
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db/jdb          +David G. Hamilton,    Alexandra L. Hamilton,    125 Charles Avenue,    Brookhaven, PA 19015-2704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
          ALEXANDRA T. GARCIA   on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ   on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          DENISE ELIZABETH CARLON   on behalf of Creditor   Bayview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JADA S. GREENHOWE   on behalf of Defendant   Pennsylvania Housing Finance Agency
           jgreenhowe@phfa.org
          JOHN L. MCCLAIN   on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN   on behalf of Debtor David G. Hamilton aaamcclain@aol.com,   edpabankcourt@aol.com
          JOHN L. MCCLAIN   on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN   on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com,
           edpabankcourt@aol.com
          LAUREN  MOYER   on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@ecf.courtdrive.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                       TOTAL: 14

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:     Alexandra L. Hamilton and David G. Hamilton | Chapter 13 |
| | Bankruptcy No. 16-18326-AMC |
| Debtor(s) | |
| | |
| Bayview Loan Servicing, LLC, or its Successor or Assignee | |
| Movant | |
| vs. | |
| | |
| WILLIAM C. MILLER, Esq., Trustee Alexandra L. Hamilton and David G. Hamilton | |
| Respondent(s) | |

### ORDER GRANTING AMENDED SETTLEMENT STIPULATION

It is hereby ORDERED that the Amended Stipulation to Settle Motion of Bayview Loan

Servicing, LLC for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

_____

**Date: September 2, 2020**

Ashely M. Chan Bankruptcy Judge