United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 16-18326-amc
David G. Hamilton | Chapter 13
Alexandra L. Hamilton
      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: Antoinett  Page 1 of 2
Date Rcvd: Oct 21, 2020  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14537636 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 22 2020 01:47:00 | Bayview Loan Servicing, LLC, 4425 Ponce deLeon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2020       Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

**Name           Email Address**

ALEXANDRA T. GARCIA
   on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
   on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

DENISE ELIZABETH CARLON
   on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com

FREDERICK L. REIGLE
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: Antoinett | Page 2 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: trc | Total Noticed: 1 |

JADA S. GREENHOWE
    on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org

JOHN L. MCCLAIN
    on behalf of Debtor David G. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

LAUREN MOYER
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@ecf.courtdrive.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18326-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David G. Hamilton<br>125 Charles Avenue<br>Brookhaven PA 19015 | Alexandra L. Hamilton<br>125 Charles Avenue<br>Brookhaven PA 19015 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/20/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Bayview Loan Servicing, LLC, 4425 Ponce deLeon Blvd, 5th Floor, Coral Gables, FL 33146 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gable, FL 33146 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/23/20

Tim McGrath
**CLERK OF THE COURT**