**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
   Hamilton, David G.
   Hamilton, Alexandra L.   :
      Debtors

: 16-18326 SR

## CERTIFICATE OF SERVICE

I certify that on the date shown below a copy of NOTICE OF FILING OF Amended Motion to Modify Plan After Confirmation and Abate Plan Payments, Order and Notice was served upon the parties listed below, all interested parties, the standing trustee, all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

February 13, 2021

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Hamilton, David G. Hamilton, Alexandra L.
125 Charles Ave
Brookhaven, PA 19015