### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David G. Hamilton<br>Alexandra L. Hamilton<br>        Debtor(s)<br><br>COMMUNITY LOAN SERVICING, LLC<br>        Movant<br>vs.<br><br>David G. Hamilton<br>Alexandra L. Hamilton<br>        Debtor(s)<br><br>Scott F. Waterman<br>        Trustee | CHAPTER 13<br><br><br><br>NO. 16-18326 AMC<br><br><br><br>11 U.S.C. Sections 362 |

### ORDER

AND NOW, this _____ day of _____, 2021 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on February 27, 2021 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: May 5, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list

David G. Hamilton
125 Charles Avenue
Brookhaven, PA 19015

Alexandra L. Hamilton
125 Charles Avenue
Brookhaven, PA 19015

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532