**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|     Hamilton, David G. | |
| | : |
|     Hamilton, Alexandra L. | |
|         Debtors | :    16-18326 SR |

**CERTIFICATE OF NO RESPONSE/OBJECTION**

    I certify that on February 13, 2021, I served by first class regular U.S. mail a copy of Debtors' AMENDED Motion to Modify Plan After Confirmation, Order and Notice of Hearing to consider motion to all creditors listed on the matrix and trustee. I further certify that at least 21 days have lapsed since such mailing and no objection to said motion has been received by this office.

Dated: May 11, 2021

                                    "/s/" Mitchell J. Prince
                                    John L. McClain, Esquire
                                    Mitchell J. Prince, Esquire
                                    Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. BOX 123
NARBERTH, PA 19072

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606


Hamilton, David G.
Hamilton, Alexandra L.
125 Charles Ave
Brookhaven, PA 19015