# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
|    Hamilton, David G. | : |
|    Hamilton, Alexandra L. | : 16-18326 amc |
|       Debtors | : |

## ORDER

AND NOW, upon consideration of the Debtors' Amended Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan is **APPROVED**.

Date: May 12, 2021

_____
**Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**