**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  Hamilton, David G.<br>  Hamilton, Alexandra L.<br>      Debtors | : Chapter 13<br><br><br>: 16-18326 AMC |

**ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
<u>AND REIMBURSEMENT OF EXPENSES</u>**

AND NOW, to wit, this _____ day of _____, 2021, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation, IT IS HEREBY

ORDERED that the Application is granted and, further, the unpaid balance of $3,000.00 of the legal fees and incurred expenses shall be paid through debtors' Chapter 13 Plan/by debtor through the office of the Chapter 13 trustee as an administrative priority expense.

**Date: June 14, 2021**

_____
Bankruptcy Judge