| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-18326-AMC

DAVID G. HAMILTON  
ALEXANDRA L. HAMILTON  
125 CHARLES AVENUE  
BROOKHAVEN  PA    19015

Petition Filed Date: 12/03/2016  
341 Hearing Date: 02/17/2017  
Confirmation Date: 03/06/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2020 | $570.00 | | 09/28/2020 | $570.00 | | 10/28/2020 | $570.00 | |
| 01/19/2021 | $570.00 | | 03/23/2021 | $500.00 | | 05/17/2021 | $1,000.00 | |

**Total Receipts for the Period:  $3,780.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,032.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | ASHLEY FUNDING SVCS LLC<br>»» 004 | Unsecured Creditors | $11.50 | $0.00 | $11.50 |
| 5 | ASHLEY FUNDING SVCS LLC<br>»» 005 | Unsecured Creditors | $65.17 | $0.00 | $65.17 |
| 2 | COMMUNITY LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $11,152.13 | $11,152.13 | $0.00 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $1,052.12 | $0.00 | $1,052.12 |
| 3 | QUANTUM3 GROUP LLC as agent for<br>»» 003 | Unsecured Creditors | $161.08 | $0.00 | $161.08 |
| 1 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PHFA-HEMAP<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | JOHN L MC CLAIN ESQ<br>»» 008 | Attorney Fees | $7,096.90 | $7,096.90 | $0.00 |
| 8 | COMMUNITY LOAN SERVICING LLC<br>»» 02P | Mortgage Arrears | $28,793.44 | $0.00 | $28,793.44 |
| 9 | McCULLOUGH EISENBERG LLC<br>»» 009 | Priority Creditors | $1,000.00 | $0.00 | $1,000.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $3,500.00 | $0.00 | $3,500.00 |

**Chapter 13 Case No. 16-18326-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,032.50 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $18,249.03 | Arrearages: | $499.50 |
| Paid to Trustee: | $1,982.96 | Total Plan Base: | $26,032.00 |
| Funds on Hand: | $2,800.51 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.