**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                              : Chapter 13
      Hamilton, David G.
      Hamilton, Alexandra L.
          Debtor(s)                                               : 16-18326 AMC

                    :

**ORDER TERMINATING WAGE ORDER**

      **AND NOW,** this _____ day of _____ 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

      **ORDERED**, that the wage order previously entered in this case, directing Cotiviti USA, LLC to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT
_____
JUDGE

**Date: November 22, 2021**

Cotiviti USA, LLC
50 Danbury Road
Wilton, CT 06897


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Hamilton, David G.
Hamilton, Alexandra L.
125 Charles Ave
Brookhaven, PA 19015


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606