United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18326-amc |
| David G. Hamilton | Chapter 13 |
| Alexandra L. Hamilton | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 22, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David G. Hamilton, Alexandra L. Hamilton, 125 Charles Avenue, Brookhaven, PA 19015-2704 |
| | + Coliviti USA, LLC, 50 Danbury Road, Wilton, CT 06897-4448 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| JADA S. GREENHOWE | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| JOHN L. MCCLAIN | on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com  edpabankcourt@aol.com |

District/off: 0313-2      User: admin      Page 2 of 2
Date Rcvd: Nov 22, 2021      Form ID: pdf900      Total Noticed: 2

JOHN L. MCCLAIN
    on behalf of Debtor David G. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

LAUREN MOYER
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Hamilton, David G.
    Hamilton, Alexandra L.
        Debtor(s) : 16-18326 AMC

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this ____ day of _____ 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Cotiviti USA, LLC to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT
_____
JUDGE
**Date: November 22, 2021**

Cotiviti USA, LLC
50 Danbury Road
Wilton, CT 06897


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Hamilton, David G.
Hamilton, Alexandra L.
125 Charles Ave
Brookhaven, PA 19015


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606