Certificate Number: 03088-PAE-DE-036171925

Bankruptcy Case Number: 16-18326



03088-PAE-DE-036171925

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 30, 2021, at 5:04 o'clock PM CST, David G. Hamilton completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 30, 2021            By:   /s/Tania Roman for Doug Tonne

Name:   Doug Tonne

Title:   Counselor