Certificate Number: 03088-PAE-DE-036171927

Bankruptcy Case Number: 16-18326



03088-PAE-DE-036171927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 30, 2021</u>, at <u>5:04</u> o'clock <u>PM CST</u>, <u>Alexandra L. Hamilton</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 30, 2021</u>          By:     <u>/s/Tania Roman for Doug Tonne</u>

                                        Name:   <u>Doug Tonne</u>

                                        Title:  <u>Counselor</u>