United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18326-amc |
| David G. Hamilton | Chapter 13 |
| Alexandra L. Hamilton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2022 | Form ID: 138FIN | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David G. Hamilton, Alexandra L. Hamilton, 125 Charles Avenue, Brookhaven, PA 19015-2704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 20 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2022 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 22, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: 138FIN | Total Noticed: 4 |

ALEXANDRA T. GARCIA
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

JADA S. GREENHOWE
    on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org

JOHN L. MCCLAIN
    on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Debtor David G. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

MARISA MYERS COHEN
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: David G. Hamilton and Alexandra L. Hamilton

        Debtor(s)

Case No: 16−18326−amc

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/20/22

149 − 147
Form 138FIN