United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18326-amc |
| David G. Hamilton | Chapter 13 |
| Alexandra L. Hamilton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 20, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David G. Hamilton, Alexandra L. Hamilton, 125 Charles Avenue, Brookhaven, PA 19015-2704 |
| 13872010 | | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13875321 | + | Bayview Loan Srving LLC, c/o Matteo S. Weiner, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13831496 | + | Crozer Keystone Health System, PO BOX 9800, Coral Springs, FL 33075-0800 |
| 13831500 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13831504 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, STE 2080, Philadelphia, PA 19109-1031 |
| 14582505 | + | McCullough Eisenberg, LLC, Carol B. McCullough, Esquire, 65 W. Street Road, Suite A-204, Warminster, PA 18974-3229 |
| 13831507 | + | Rachael Mallas, 1207 S. 11th Street, Phila. PA 19147-5016 |
| 13831508 | + | The Saltz Dental Center, 616 Ave. of the States, Chester, PA 19013-4215 |
| 13831502 | | laboratory Corporation of America, PO Box 2240, Burlington, N. Carolina 27216-2240 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2022 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13891090 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2022 23:45:54 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14537636 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 20 2022 23:42:00 | Bayview Loan Servicing, LLC, 4425 Ponce deLeon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14242286 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 20 2022 23:42:00 | Bayview loan Servicing LLC, 4425 Ponce de Leon Blvd, 5th Floor, Attn: Cashiering Department, Coral Gables, Florida 33146-1873 |
| 13915770 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2022 23:45:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13831495 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2022 23:42:00 | Comenitycapital/boscov, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14552801 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 20 2022 23:42:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 13831498 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jan 20 2022 23:42:00 | Franklin Mint Fcu II, 1974 Sproul Rd Ste 300, |

Case 16-18326-amc    Doc 151    Filed 01/22/22    Entered 01/23/22 00:29:26    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Broomall, PA 19008 |
| 13861475 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 20 2022 23:42:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13831499 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 20 2022 23:42:00 | Hyundai Finc, Attn: Bankruptcy, PO Box 20809, Fountain City, CA 92728-0809 |
| 13831494 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2022 23:45:57 | Chase Card, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850 |
| 13831501 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2022 23:42:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 13831503 | | Email/Text: camanagement@mtb.com | Jan 20 2022 23:42:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 13831505 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2022 23:42:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13903357 | | Email/Text: blegal@phfa.org | Jan 20 2022 23:42:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13831506 | + | Email/Text: blegal@phfa.org | Jan 20 2022 23:42:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 13886418 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2022 23:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13831493 | *+ | Alexandra L. Hamilton, 125 Charles Ave, Brookhaven, PA 19015-2704 |
| 13831497 | *+ | David G. Hamilton, 125 Charles Ave, Brookhaven, PA 19015-2704 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2022         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |

JADA S. GREENHOWE
    on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org

JOHN L. MCCLAIN
    on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Debtor David G. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com edpabankcourt@aol.com

MARISA MYERS COHEN
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David G. Hamilton and Alexandra L. Hamilton

        Debtor(s)

Case No: 16−18326−amc

Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/20/22

148 − 137
Form 138OBJ