United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18326-amc |
| David G. Hamilton | Chapter 13 |
| Alexandra L. Hamilton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David G. Hamilton, Alexandra L. Hamilton, 125 Charles Avenue, Brookhaven, PA 19015-2704 |
| 13831500 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14582505 | + | McCullough Eisenberg, LLC, Carol B. McCullough, Esquire, 65 W. Street Road, Suite A-204, Warminster, PA 18974-3229 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 11 2022 23:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 11 2022 23:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13891090 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2022 23:18:38 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14242286 | + | EDI: LCIBAYLN | Feb 12 2022 04:13:00 | Bayview loan Servicing LLC, 4425 Ponce de Leon Blvd, 5th Floor, Attn: Cashiering Department, Coral Gables, Florida 33146-1873 |
| 13915770 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2022 23:18:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14552801 | + | EDI: LCIBAYLN | Feb 12 2022 04:13:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 13861475 | + | EDI: HY11.COM | Feb 12 2022 04:13:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13903357 | | Email/Text: blegal@phfa.org | Feb 11 2022 23:15:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13886418 | | EDI: Q3G.COM | Feb 12 2022 04:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 11

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 13 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2022         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| JADA S. GREENHOWE | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| JOHN L. MCCLAIN | on behalf of Plaintiff Alexandra L. Hamilton aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor David G. Hamilton aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff David G. Hamilton aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Alexandra L. Hamilton aaamcclain@aol.com  edpabankcourt@aol.com |
| MARISA MYERS COHEN | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | David G. Hamilton | Social Security number or ITIN xxx–xx–2312 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Alexandra L. Hamilton | Social Security number or ITIN xxx–xx–6235 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 16–18326–amc | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David G. Hamilton                     Alexandra L. Hamilton

2/10/22                                **By the court:** Ashely M. Chan
                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2